UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| INTA' JUICE ENTERPRISES, INC. ) | Case No. 08-22053 EEB |
| Debtor. ) | |
| _____ ) | Chapter 7 |
| ) | |
| ROBERT M. WIENER. ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| INTA' JUICE ENTERPRISES, INC. ) | |
| and ) | |
| CHARLES SCHLOSSER, Chapter 7 Trustee ) | |
| Respondents. ) | |
| ) | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW, the Movant, Robert M. Wiener ("Wiener"), by and through its attorneys, Onsager, Staelin and Guyerson LLC, for this Motion for Relief From the Automatic Stay states as follows:

1. Intra' Juice Enterprises, Inc. ("Debtor") filed for relief under Chapter 7 of the Bankruptcy Code on August 12, 2008, and Charles Schlosser was appointed the Chapter 7 Trustee.

2. The Debtor is a Colorado corporation which was engaged in the franchising of juice bars under the name "Inta Juice."

3. Wiener performed graphic art services on behalf of the Debtor including the development of a style manual and revision of Inta Juice marks, logo and other creative intellectual property which are subject to federal copyright registration nos VA-1-330-451, VA-1-340-163 and VAu692-368 (collectively referred to as "Creative Works").

4. On or about August 2, 2006, Wiener and the Debtor entered in to a "Confidential Mutual Release and Settlement Agreement," "Promissory Note," "Copyright Registration," and an "Intellectual Property Assignment." The Confidential Mutual Release and Settlement Agreement provided that the Debtor would pay to Wiener $120,000 ($5000 in cash and $115,000 pursuant to a promissory note) in exchange for the Creative Works. As part of the assignment of the Creative Works and to guarantee payment on the Promissory Note, Wiener retained a security interest (lien) on the Creative Works. A copy of the Confidential Mutual Release and Settlement Agreement (without exhibits) is attached hereto as <u>Exhibit C</u>. A copy of the Promissory Note as referenced in the Confidential Mutual Release and Settlement Agreement is attached as <u>Exhibit A</u>.

5. A Colorado UCC Financing Statement was filed on August 30, 2006 at

reception number 20062084614 with respect to the Creative Works. A copy of said Financing Statement is attached hereto as <u>Exhibit B</u>.

6. The Promissory Note is in default and the Debtor owes Wiener approximately $102,000 plus accrued interest and attorney fees. The Debtor lists the value of the Creative Works as "unknown" in its Bankruptcy Schedules B and D.

7. Wiener is seeking relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1) and (d)(2) in order to foreclose on his liens in the Creative Works and exercise his rights in the Creative Works.

8. Cause exists pursuant to §326(d)(1) to grant relief because upon information and belief, there are franchisees of the Debtor who are still using the Creative Works and have not paid for those rights and may engage in activities that diminish the value of the Creative Works. Wiener seeks the right to foreclose on his lien on the Creative Works and to exercise his state and federal law rights in protecting the value and integrity of the Creative Works.

9. In addition, the stay should be lifted pursuant to §362(d)(2) because the Debtor claims no equity in the Creative Works and the Chapter 7 Trustee has been unable to sell the assets of the Debtor which would included the Creative Works. Furthermore, the Creative Works are not necessary for an effective reorganization because the bankruptcy case was filed under Chapter 7.

10. Wiener requests that the requirements of Federal Bankruptcy Rule 4001(a)(3) be waived so that it may immediately proceed with its foreclosure action.

11. The Debtor is a corporation and thus is not eligible for military duty and therefore this Court's General Procedure Order Number 2005-2 is not applicable.

WHEREFORE, Robert M. Wiener, respectfully requests that this Court, enter an order granting relief from the automatic stay so that he may proceed with a foreclosure on the Creative Works and to protect his state and federal law rights in those Creative Works, that the relief from the automatic stay be effective upon entering the Order; and for such other and further relief as this Court deems just and proper.

Dated: December 18, 2008   Respectfully submitted,
**Onsager, Staelin & Guyerson, LLC**
 /s/ David M. Rich
David M. Rich, #15211
1873 S. Bellaire St., Suite 1401
Denver, Colorado 80222
Ph: (303) 512-1123
Fax: (303) 512-1129
dmrich@comcast.net

*Attorneys for Robert M. Wiener*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| INTA' JUICE ENTERPRISES, INC. ) | Case No. 08-22053 EEB |
| Debtor. ) | |
| ) | Chapter 7 |
| _____ ) | |
| ) | |
| ROBERT M. WIENER. ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| INTA' JUICE ENTERPRISES, INC. ) | |
| and ) | |
| CHARLES SCHLOSSER, Chapter 7 Trustee ) | |
| Respondents. ) | |
| ) | |

### NOTICE OF HEARING OR PRELIMINARY HEARING

YOU ARE HEREBY NOTIFIED that a Motion for Relief from the Automatic Stay, a copy of which is herewith served on you, has been filed with this Court. A hearing on the Motion has been set for **January 15, 2009 at 1:30 p.m. in Courtroom F**, at the United States Bankruptcy Court, U.S. Customs House, 721 19th Street, Denver, CO 80202. The hearing will be conducted in accordance with the provisions of Local Rule 401.

If you desire to oppose this Motion, you are required to file with this Court and serve upon Movant's attorney, whose address is Onsager, Staelin & Guyerson, LLC, 1873 S. Bellaire Street, Suite 1401, Denver, CO 80222 a written response to the Motion on or before five (5) Court days prior to the date of the hearing.

If you fail to file a response, an Order granting the relief requested will be granted without further notice to you.

Dated: December 18, 2008.

                                                        Respectfully submitted,
                                                        **Onsager, Staelin & Guyerson, LLC**
                                                        /s/ David M. Rich
                                                        David M. Rich, CBN 15211
                                                        1873 S. Bellaire St., Suite 1401
                                                        Denver, Colorado 80222
                                                         Ph: (303) 512-1123
                                                        Fax: (303) 512-1129
                                                        dmrich@comcast.net

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| INTA' JUICE ENTERPRISES, INC. ) | Case No. 08-22053 EEB |
| Debtor. ) | |
| ) | Chapter 7 |
| _____ ) | |
| ) | |
| ROBERT M. WIENER. ) | |
| Movant, ) | |
|     v. ) | |
| ) | |
| INTA' JUICE ENTERPRISES, INC. ) | |
| and ) | |
| CHARLES SCHLOSSER, Chapter 7 Trustee ) | |
| Respondents. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I certify that on December 18, 2008, a copy of this **Motion for Relief from the Automatic Stay** and **Notice of Hearing or Preliminary Hearing** was served by ECF and by placing it in the United States Mail, postage prepaid, addressed to the following:

| | | |
|---|---|---|
| Inta' Juice Enterprises, Inc.<br>2032 Lowe St, No. 102<br>Fort Collins, CO 80525 | Charles Schlosser, Trustee<br>1888 Sherman Street, Suite 650<br>Denver, CO 80203 | Brent K. Olsson, Esq.<br>425 W. Mulberry St., Ste 101<br>Fort Collins, CO 80521 |
| Robert M. Wiener<br>1086 Tithing View Court<br>Riverton, UT 84065 | US Trustee's Office<br>999 18th Street, Suite1551<br>Denver CO 80202 | Luke McFarland, Esq.<br>Evans & McFarland LLC<br>910 13th Street, Ste 200<br>Golden, CO 80401 |
| Thomas H. Vanderford, IV<br>P.O. Box 2786<br>Charleston, WV 25330 | Stephen J. Behm<br>151 St. Andrew's Court #610<br>P.O. Box 1056<br>Mankato, MN 56002-1056 | Iris & Christopher Bonar<br>Sweet Serendipity, Inc.<br>913 Knobcone Place<br>Loveland CO 80538 |

Dated: December 18, 2008.                    Respectfully submitted,

**Onsager, Staelin & Guyerson, LLC**
/s/ David M. Rich
David M. Rich, #15211
1873 S. Bellaire St., Suite 1401
Denver, Colorado 80222
Ph: (303) 512-1123
Fax: (303) 512-1129
dmrich@comcast.net