UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: )<br>)<br>INTA' JUICE ENTERPRISES, INC. )<br>Debtor. )<br>_____ )<br>)<br>ROBERT M. WIENER. )<br>Movant, )<br>   v. )<br>)<br>INTA' JUICE ENTERPRISES, INC. )<br>and )<br>CHARLES SCHLOSSER, Chapter 7 Trustee )<br>Respondents. )<br>) | Case No. 08-22053 EEB<br><br>Chapter 7 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER coming before the Court on the Motion for Relief From the Automatic Stay filed by Robert M. Wiener ("Wiener"), the Court having read the Motion and being otherwise fully advised in the premises, does hereby:

GRANT the Motion For Relief From the Automatic Stay; and it is

ORDERED that Robert M. Wiener is granted relief from the automatic stay and may proceed to foreclose on his lien and exercise his state and federal rights with respect to certain intellectual property including copyrights which are owned by the Debtor.

FURTHERMORE, the 10-day stay provided under Fed. R. Bankr. P. 4001(a)(3) be, and is hereby, waived.

Dated: January 15, 2009

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge