UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>INTA'JUICE ENTERPRISES, INC.,<br><br>Debtor. | Case No. 08-22053-EEB<br><br>Chapter 7 |

**ENTRY OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND RESERVATION OF RIGHTS**
(Kanawha City Juice, LLC and Town Center Juice, LLC)

  Pursuant to 11 U.S.C. §1109(b), F.R.B.P. 2002(g) and 9010(b), and L.B.R. 910(d), the law firm of Grimshaw & Harring, P.C., hereby enters its appearance on behalf of Creditors Kanawha City Juice, LLC and Town Center Juice, LLC ("Creditors"), and requests that copies of all documents filed in this proceeding be served upon the following:

  Lisa K. Mayers, Esq.
  Grimshaw & Harring, P.C.
  1700 Lincoln Street, Suite 3800
  Denver, Colorado  80203
  Telephone:  303-839-3800
  Facsimile:  303-839-3838
  E-mail:  lmayers@grimshawharring.com

  This Entry of Appearance, and all subsequent appearances, pleadings, claims, proofs of claims, documents, complaints, adversary complaints, contested matters, suits, motions, and all other writings and conduct whatsoever, shall not waive or release any of Creditor's rights, privileges, and immunities, as follows: 1) The right to have all judgments and orders reviewed and re-decided de novo by a United States District Judge;  2)  The right to a jury trial in this case and in all other cases, controversies, and proceedings; 3) The right to have the reference withdrawn by the United States District Court for this case and all other cases, controversies, and proceedings;  4)  The right to object to the jurisdiction and venue of this Court over this and all other cases, controversies, and proceedings; and 5)  All other rights,

claims, actions, defenses, setoffs, recoupments, and other matters whatsoever to which Creditor is entitled in law or in equity.  Creditor hereby expressly reserves all of the above rights, privileges, and immunities.

DATED: March 15, 2010.

>Respectfully submitted,
>
>GRIMSHAW & HARRING, P.C.
>
>
>By:   *s/ Lisa K. Mayers*
>Lisa K. Mayers, No. 23335
>1700 Lincoln Street, Suite 3800
>Denver, Colorado  80203
>Telephone:   303-839-3800
> Facsimile:  303-839-3838
>E-mail:  lmayers@grimshawharring.com
>
>ATTORNEYS FOR KANAWHA CITY JUICE, LLC and TOWN CENTER JUICE, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on March 15, 2010, by U.S. Mail, first-class postage prepaid, addressed to following:

U.S. Trustee, 7
999 18th Street, Suite 1551
Denver, CO  80202

Charles Schlosser, Esq.
1888 Sherman Street, Suite 650
Denver, CO  80203

Brent K. Olsson, Esq.
425 W. Mulberry St., Suite 101
Fort Collins, CO  80521-2864

>By:   s/ *Lisa K. Mayers*
>Lisa K. Mayers