UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>INTA'JUICE ENTERPRISES, INC.,<br><br>Debtor. | Case No. 08-22053-EEB<br><br>Chapter 7 |

**OBJECTION TO MOTION FOR ORDER APPROVING PRIVATE
SALE OF ASSETS OF THE ESTATE PURSUANT TO 11 U.S.C. §363
TO INTA JUICE HOLDINGS, LLC AND UPSET BID BY
KANAWHA CITY JUICE, LLC AND TOWN CENTER JUICE, LLC**

Kanawha City Juice, LLC and Town Center Juice, LLC, by counsel, offer the following Objection to the Motion For Order Approving Private Sale Of Assets Of The Estate Pursuant To 11 U.S.C. §363 To Inta' Juice Holdings, LLC (Doc. No. 31) (the "Motion") filed by C. William Schlosser, Jr., (the "Trustee"):

1. Pursuant to Claim Nos. 13-1 and 14-1 of record in this case, Kanawha City Juice, LLC and Town Center Juice, LLC are holders of properly perfected secured claims, including a security interest in the Debtor's general intangibles, defined as follows:

> All general intangibles including, but not limited to, tax refunds, applications for patents, patents, copyrights, trademarks, trade secrets, goodwill, <u>trade names</u>, customer lists, permits and franchises, payment intangibles, computer programs and all supporting information provided in connection with a transaction relating to computer programs, <u>and the right to use my name</u>.

*See* Security Agreement dated January 27, 2005, attached to Claim No. 13-1 and 14-1 of record in this case, copies of which are attached hereto and made a part hereof as Exhibits A and B for the Court's immediate reference.

2. The Trustee's Motion seeks authority to sell the right to use the "Inta' Juice" trade name. However, the Trustee's Motion does not seek to sell this general intangible free and clear of the secured claim of Kanawha City Juice and Town Center Juice.

3. Pursuant to Bankruptcy Code §363(f)(2), Kanawha City Juice and Town Center Juice hereby give notice that they do not consent to the Trustee's sale of the Debtor's trade name to Inta' Juice Holdings, LLC.

Case:08-22053-EEB   Doc#:38   Filed:04/13/10   Entered:04/13/10 17:44:02   Page2 of 3

   4. Kanawha City Juice and Town Center Juice further object to the Trustee's Motion to the extent that it purports to sell all of the Trustee's interest in the equipment, supplies and other tangible personal property of the Debtor, all inventory of the Debtor and all of the Trustee's interest and rights in all accounts of the Debtor, as described in the Asset Purchase and Sale Agreement dated March 17, 2010 and attached as Exhibit A to the Trustee's Motion. The Trustee's Motion represents that he is not aware of any remaining assets to be collected (Trustee's Motion, Paragraph 1) and that "the sale transaction is primarily designed to allow the purchaser to use the "Inta' Juice" trade name (Trustee's Motion Paragraph 3). The Trustee does not describe any efforts he has made to verify that there are no other assets to be administered.

   5. The principal of the proposed purchaser under Asset Purchase and Sale Agreement (Inta' Juice Holdings, LLC) is Heath Pickett, who was formerly the principal of the Debtor. Kanawha City Juice and Town Center Juice have offered to furnish information to the Trustee regarding tangible assets which existed pre-petition, in order to allow the Trustee to verify that the Debtor has properly scheduled and turned over all tangible assets to be administered. A copy of an email message from Steven L. Thomas to C. William Schlosser dated March 2, 2010 is attached hereto and made a part hereof as Exhibit C, in support of this. To date, the Trustee has not followed up with respect to this offer.

   6. Under these circumstances, Kanawha City Juice and Town Center Juice object to the Trustee's proposal to sell all of these estate's right, title and interest in all of the Debtor's tangible personal property, inventory and accounts without verifying whether or not such assets exist. In this regard, a copy of a fixed asset schedule as of December 31, 2007 is attached hereto and made a part hereof as Exhibit D.

   7. Kanawha City Juice and Town Center Juice are sensitive to the Trustee's suggestion that the value of the assets to be administered appears to be minimal. Thus, Kanawha City Juice and Town Center Juice hereby offer $3,500 as an upset bid for the Trustee's proposed sale of all of the Debtor's remaining assets, with the provision that it be allowed to credit bid its secured claim in the Debtor's assets in response to any further bid for these assets.

   WHEREFORE, Kanawha City Juice LLC and Town Center Juice LLC request this Court to enter an order denying the Trustee's Motion for Order Approving Private Sale of Assets Of The Estate Pursuant to 11 U.S.C. §363 to Inta' Juice Holdings, LLC, and instead to approve the sale of the Debtor's remaining assets to Kanawha City Juice, LLC and Town Center Juice, LLC for $3,500, together with such other and further relief as justice requires.

   Dated this 13th day of April, 2010.

Respectfully submitted,

GRIMSHAW & HARRING, P.C.

By: *s/ Lisa K. Mayers*
Lisa K. Mayers, No. 23335
1700 Lincoln Street, Suite 3800
Denver, Colorado 80203
Telephone: 303-839-3800
Facsimile: 303-839-3838
E-mail: lmayers@grimshawharring.com
and
Steven L. Thomas
West Virginia State Bar No. 3738
Kay Casto & Chaney PLLC
Post Office Box 2031
Charleston, West Virginia 25327-2031
Telephone: (304) 345-8900
Fax: (304) 345-8909; (304) 343-9833

ATTORNEYS FOR KANAWHA CITY JUICE, LLC
and TOWN CENTER JUICE, LLC

## CERTIFICATE OF SERVICE

I, Lisa K. Mayers, do hereby certify that I served the foregoing OBJECTION TO MOTION FOR ORDER APPROVING PRIVATE SALE OF ASSETS OF THE ESTATE PURSUANT TO 11 U.S.C. §363 TO INTA' JUICE HOLDINGS, LLC AND UPSET BID BY KANAWHA CITY JUICE, LLC AND TOWN CENTER JUICE, LLC by placing same in the United States mail, postage prepaid, on the 13th day of April, 2010, upon the following:

U.S. Trustee
999 – 18th Street, Suite 1551
Denver, CO 80202

Charles Schlosser, Esq.
1888 Sherman Street, Suite 650
Denver, CO 80203

Gregory S. Bell, Esq.
Laurie R. Stirman, Esq.
Bell, Gould & Scott, P.C.
322 East Oak Street
Fort Collins, CO 80524

Brent K. Olsson, Esq.
425 Mulberry Street, Suite 101
Fort Collins, CO 80521

 s/ Lisa K. Mayers
Lisa K. Mayers