UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

INTA'JUICE ENTERPRISES, INC.,

Debtor.

Case No. 08-22053-EEB

Chapter 7

**MOTION OF KANAWHA CITY JUICE, LLC & TOWN CENTER JUICE, LLC
FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**

Kanawha City Juice, LLC and Town Center Juice, LLC ("Movants"), by counsel, move this Court pursuant to Bankruptcy Code §§362 and 554 and Bankruptcy Rules 9014, 4001(a) and 6007(b) to enter an Order (i) terminating the automatic stay to allow Movants to exercise their state law remedies with respect to their security interest in and lien upon all of the Debtor's remaining personal property, including the trade name "Inta' Juice" (the "Collateral"), and (ii) requiring the Trustee to abandon the Collateral from the Debtor's bankruptcy estate. In support of this Motion, Movants state the following:

1. This Court has jurisdiction to hear and determine this contested matter pursuant to 28 U.S.C. §1334, and the order of reference entered by the United States District Court for the District of Colorado pursuant to 28 U.S.C.§157.

2. This contested matter is a core proceeding.

3. Pursuant to Claim Nos. 13-1 and 14-1 of record in this case, Movants are holders of properly perfected secured claims in all of the Debtor's personal property. Copies of Claim Nos. 13-1 and 14-1 are attached hereto and made a part hereof as Exhibits A and B for the Court's immediate reference. The sum of $1,007,448.32 is presently due and owing under the terms of the Promissory

Note dated September 11, 2007 (a copy of which is included within Exhibits A and B).

4.  The Debtor is in default under the terms and conditions of the Promissory Note and such default is continuing. An accounting/payment history is contained in Exhibits A and B (page 2 of each exhibit).

5.  Pursuant to Bankruptcy Code §362(d), Movants lack adequate protection of their security interest in the Collateral. Further, the Debtor does not have equity in the Collateral and it is not necessary to effective reorganization.

WHEREFORE, Kanawha City Juice, LLC and Town Center Juice, LLC request this Court enter an order granting the following relief:

a.  terminating the automatic stay pursuant to 11 U.S.C. §362(d) to permit Movants to foreclose upon their security interest in the Collateral;

b.  ordering the Trustee to abandon the Collateral from the Debtor's bankruptcy estate due to the Debtor's lack of equity in such collateral;

c.  ordering that the relief granted to Kanawha City Juice, LLC and Town Center Juice, LLC be effective from entry pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure; and

d.  granting such other and further relief as justice requires.

Dated:  April 26, 2010           Respectfully submitted,

                                 GRIMSHAW & HARRING, P.C.

                                 By: *s/ Lisa K. Mayers*
                                 Lisa K. Mayers, No. 23335
                                 1700 Lincoln Street, Suite 3800
                                 Denver, Colorado  80203
                                 Telephone:   303-839-3800
                                 Facsimile:   303-839-3838
                                 E-mail:  lmayers@grimshawharring.com

and

Steven L. Thomas
West Virginia State Bar No. 3738
Kay Casto & Chaney PLLC
Post Office Box 2031
Charleston, West Virginia 25327-2031
Telephone: (304) 345-8900
Fax: (304) 345-8909; (304) 343-9833

ATTORNEYS FOR KANAWHA CITY JUICE, LLC
and TOWN CENTER JUICE, LLC