UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>INTA' JUICE ENTERPRISES, INC.,<br><br>      Debtor | Case No. 08-22053-EEB<br><br>Chapter 7 |
| KANAWHA CITY JUICE, LLC and<br>TOWN CENTER JUICE, LLC,<br><br>      Movants,<br>v.<br><br>INTA'JUICE ENTERPRISES, INC. and<br>C. WILLIAMS SCHLOSSER,<br>TRUSTEE,<br><br>      Respondents. | |

**JUDGMENT ABANDONING PERSONAL PROPERTY AND GRANTING MOTION OF KANAWHA CITY JUICE AND TOWN CENTER JUICE**

   Pursuant to and in accordance with the Order entered by the Honorable Elizabeth E. Brown, Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby

   ORDERED that the Motion of Kanawha City Juice, LLC and Town Center Juice, LLC ("Movants") to terminate the automatic stay pursuant to Bankruptcy Code §362 with respect to the Debtor's remaining personal property and to require the Trustee to abandon the Debtor's remaining personal property pursuant to Bankruptcy Code §554 is hereby GRANTED.

DATED: June 1, 2010.

APPROVED BY THE COURT:

_____
Elizabeth E. Brown
United States Bankruptcy Judge

FOR THE COURT:

_____
Deputy Clerk