IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| INTA' JUICE ENTERPRISES, INC. | ) CHAPTER 7 |
|     EIN:  27-0071716 | ) CASE NO. 08-22053 EEB |
| | ) |
|     Debtor. | ) |
| | ) |

### ORDER APPROVING STIPULATION

THIS COURT, having reviewed Trustee's Motion for Approval of Stipulation with Kanawha City Juice, LLC and Town Center Juice, LLC (the "Motion") filed by Charles Schlosser, Chapter 7 Trustee herein ("Trustee"), and finding that no responses have been filed thereto, that notice of the Motion has been duly served and that good cause is shown, hereby:

ORDERS that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Stipulation by and among Trustee, Kanawha City Juice, LLC and Town Center Juice, LLC, attached to the Motion, is APPROVED.

IT IS FURTHER ORDERED that Trustee is authorized to take all any and all actions and execute any and all documents necessary or appropriate to effectuate the transactions set forth in the Stipulation.

Dated: July 21, 2010

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge