(COB ntc_doc_strick, #213 New) (04/09)

# United States Bankruptcy Court
District of Colorado

In re: Inta' Juice Enterprises, Inc.  
   Debtor(s)

Case No. **08–22053–EEB**

## CLERK'S NOTICE OF DEFICIENT DOCUMENT

An Electronic Notice of Deficient Filing, Error or Defect was issued on 04/18/2011 to Charles Schlosser regarding document number 97 on the docket sheet.

Notice is given that the errors noted on the docket must be corrected by the close of the third court day following the transmittal of the Electronic Notice.

Error to be Corrected: the wrong document was attached

E–Filer Shall: re–file the 9013 Notice with the correct pdf attached

If those errors are not timely corrected, the electronic document will be deemed stricken and, absent order of the Court, no further action will be taken on the document (This notice was sent electronically to the filer when issued; if you receive this in paper form, the matter may already be resolved.)

*Dated:* 4/18/11

BRADFORD L. BOLTON, Clerk  
By: s/ Kally Myhaver  
Deputy Clerk  
United States Bankruptcy Court  
U.S. Custom House  
721 Nineteenth Street  
Denver, CO 80202–2508