UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Hon. Elizabeth E. Brown, Bankruptcy Judge

| | | |
|---|---|---|
| In re: | ) | Case No. 08-22053-EEB |
| | ) | Chapter 7 |
| INTA' JUICE ENTERPRISES, INC., | ) | |
| EIN 27-0071716 | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF TRUSTEE'S APPLICATION TO COMPENSATE DAMON KAPLAN, CPA, AS ACCOUNTANT FOR THE ESTATE AND REIMBURSE ALLOWABLE EXPENSES PURSUANT TO 11 USC §330**

**TO THE PARTIES-IN-INTEREST:**

**NOTICE IS HEREBY GIVEN** that the Chapter 7 Trustee has filed an Application to Compensate Damon Kaplan, CPA, as Accountant for the Estate and Reimburse Allowable Expenses Pursuant to 11 USC §330, as is more fully set forth therein. A copy of the Motion is attached.

Pursuant to Rule 9013 of the Local Rules of Bankruptcy Procedure, if you desire to oppose this action, you must file a written objection and request a hearing with the Court on or before **MAY 6, 2011,** and serve a copy thereof on the undersigned attorney. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve the aforementioned settlement without further notice to creditors or other interested parties.

Dated: April 15, 2011.                    */s/ C. William Schlosser, Jr., Trustee*
                                          C. William Schlosser, Jr., Chapter 7 Trustee
                                          1888 Sherman Street, Suite 650
                                          Denver, CO  80203
                                          Telephone: (303) 831-0733