UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Hon. Elizabeth E. Brown, Bankruptcy Judge

| | | |
|---|---|---|
| In re: | ) | Case No. 08-22053-EEB |
| | ) | Chapter 7 |
| INTA' JUICE ENTERPRISES, INC., | ) | |
| EIN 27-0071716 | ) | |
| | ) | |
| Debtor. | ) | |

_____

**CERTIFICATE OF NON-CONTESTED MATTER**
_____

The Chapter 7 Trustee herein, C. William Schlosser, Jr., has heretofore filed his *Application to Compensate Damon L. Kaplan, CPA, of Rubottom & Kaplan, P.C. as Accountant for the Estate and Reimburse Allowable Expenses Pursuant to 11 USC §330* (hereinafter the "Application"). Trustee hereby represents and shows the Court:

1. Notice of the Application was timely made to interested parties pursuant to L.B.R. 9013. A copy of the Certificate of Mailing was filed with the Court.

2. No objections to or requests for hearing on the Application have been received by the undersigned since the filing of the Application and service of the Notice.

4. The Trustee submits, herewith, a proposed Order approving this matter.

WHEREFORE, Trustee prays that the Court forthwith enter an Order, the form of which is submitted herewith, granting the requested relief.

Dated: May 7, 2011.                    */s/ C. William Schlosser, Jr., Trustee*
                                        C. William Schlosser, Jr.
                                        Chapter 7 Trustee
                                        1888 Sherman Street, Suite 650
                                        Denver, CO  80203
                                        Telephone: (303) 831-0733
                                        Email: cschlosser@epitrustee.com

---

For Court Use Only:  The undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on the record in this matter confirms that no objections to or requests for hearing on this motion have been entered.

Dated: _____    _____
                                                                        Signature of Deputy Clerk